USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 29 2007

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :    INDICTMENT
        - v. -                      :
                                    :    07 Cr.
CRAIG FRANCIS,                      :
                                    :    07CRIM 478
                       Defendant.   :
                                    :
------------------------------------x
```

COUNT ONE

The Grand Jury charges:

1. From in or about November 2006, up to and including in or about April 2007, in the Southern District of New York and elsewhere, CRAIG FRANCIS, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, FRANCIS stole at least 9 firearms and sold at least 2 firearms that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A).)

COUNT TWO

The Grand Jury further charges:

2. From in or about November 2006, up to and including in or about April 2007, in the Southern District of New York and

elsewhere, CRAIG FRANCIS, the defendant, unlawfully, willfully, and knowingly did receive, possess, conceal, store, barter, sell, and dispose of stolen firearms, which were moving as, which were a part of, which constituted, and which had been shipped and transported in, interstate and foreign commerce, before and after they were stolen, knowing and having reasonable cause to believe that the firearms were stolen, to wit, FRANCIS stole, possessed, and sold firearms that were intended for delivery by his employer and that previously had been shipped in interstate commerce.

(Title 18, United States Code, Section 922(j).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**CRAIG FRANCIS,**

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 922(a)(1)(A), 922(j).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

29 May 07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Hellerstein.

Peck, MJ.