# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

10/12/07

October 11, 2007

**BY HAND & FAX (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

So ordered
10-12-07
[signature]

Re: **United States v. Craig Francis**
    07 Crim. 478-01 (AKH)

Dear Judge Hellerstein:

I write to seek a modification of the bail conditions by changing the travel restrictions. Under the current bail conditions, Mr. Francis's travel is limited to the Southern and Eastern Districts of New York. On October 16th, 2007, he is scheduled to take a commercial vehicle driver's test in Connecticut. In addition, he works in construction. On some occasions, his supervisor has work available in New Jersey and Connecticut. However, Mr. Francis does not know in advance when such opportunities will be available. Accordingly, we request that his travel restrictions be expanded to cover day trips to New Jersey and Connecticut. The Government consents to this modification.

Respectfully submitted,

[signature]

PHILIP L. WEINSTEIN
Assistant Federal Defender

cc: David O'Neil, Esq.
    Assistant U.S. Attorney/SDNY

    Mr. Craig Francis